**Opinion issued November 8, 2012**



In The

# Court of Appeals

For The

# First District of Texas

————————————————

## NO. 01-12-00274-CV

————————————————

### MELVIN HOUSTON, Appellant

### V.

### COMMISSION FOR LAWYER DISCIPLINE, Appellee

---

### On Appeal from the 165th District Court
### Harris County, Texas
### Trial Court Cause No. 2010-68543

---

### MEMORANDUM OPINION

Appellant Melvin Houston has failed to timely file a brief. *See* TEX. R. APP.

P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to

file brief). After being notified that this appeal was subject to dismissal, appellant

did not respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief.

We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Massengale, and Brown.